```
1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   CHARLES O. THOMPSON, SB# 139841
2  DAVID A. LUCERO, SB#253300
      E-Mail: Thompsonc@lbbslaw.com
3     E-Mail: DLucero@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for UNITEDHEALTHCARE
   INSURANCE COMPANY
7
```

**IT IS SO ORDERED**
*Judge James Ware*
7/22/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DALY,<br><br>  Plaintiff,<br><br>   v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, and DOES 1-10, INCLUSIVE,<br><br>  Defendant. | CASE NO. C 10-03032JW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>ACTION FILED:  June 1, 2010<br>REMOVAL DATE:  July 9, 2010 |

Plaintiff SEAN DALY (hereinafter "Plaintiff"), and Defendant UNITEDHEALTHCARE INSURANCE COMPANY (hereinafter "UnitedHealthcare"), by and through their attorneys of record, do hereby stipulate and agree that the time for UnitedHealthcare to respond to Plaintiff's Complaint in the above-referenced action shall be extended up to and including July 30, 2010.

///
///
///
///

IT IS SO STIPULATED.

DATED: July 15, 2010

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Charles O. Thompson
David A. Lucero
Attorneys for UNITEDHEALTHCARE
INSURANCE COMPANY

DATED: July 14, 2010

DILLINGHAM & MURPHY LLP

By _____
William F. Murphy
Angel R. Sevilla
Attorneys for Plaintiff SEAN DALY