1  WILLIAM F. MURPHY (SBN 824820)
   ANGEL R. SEVILLA (SBN 239072)
2  DILLINGHAM & MURPHY, LLP
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
4  Tel:   (415) 397-2700
   Fax:   (415) 397-3300
5  Email: wfm@dillinghammurphy.com
          ars@dillinghammurphy.com
6
7  Attorneys for Plaintiff
   SEAN DALY
8
9  CHARLES OLIVER THOMPSON (SBN 139841)
   DAVID ADRIAN LUCERO (SBN 253300)
   LEWIS BRISBOIS BISGAARD & SMITH LLP
10 One Sansome Street, Suite 1400
   San Francisco, CA 94104
11 Tel:   (415) 362-2580
12 Fax:   (415) 434-0882
   Email: thompsonc@lbbslaw.com
13        dlucero@lbbslaw.com
14
   Attorneys for Defendant
15 UNITED HEALTHCARE INSURANCE COMPANY

16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

19
   SEAN DALY,                              Case No.: No. 5:10-CV-03032-LHK
20
           Plaintiff,
21                                         **STIPULATION FOR AND ORDER
       vs.                                 DISMISSING ACTION WITH
22                                         PREJUDICE**
   UNITED HEALTHCARE INSURANCE
23 COMPANY, and DOES 1-10, inclusive.
                                           Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)
24         Defendant
                                           Honorable Lucy H. Koh
25

26     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff SEAN DALY

27 and Defendant UNITED HEALTHCARE INSURANCE COMPANY hereby stipulate that the

28 Court may enter an order dismissing all of Plaintiff's claims in the above-captioned action, with

---

1 prejudice, each party to bear his or its own attorneys' fees and costs. This dismissal is with
2 prejudice.
3
4            Respectfully submitted,
5
6 Date: December 30, 2010          DILLINGHAM & MURPHY, LLP
                                   WILLIAM F. MURPHY
7                                  ANGEL R. SEVILLA
8
9                                  By: /s/ _____
10                                 Attorneys for Plaintiff
                                   SEAN DALY
11
12
13 Dated: December 6, 2010         LEWIS BRISBOIS BISGAARD & SMITH LLP
                                   CHARLES O. THOMPSON
14                                 DAVID A. LUCERO
15
                                   By: /s/ _____
16                                 Attorneys for Defendant
17                                 UNITED HEALTHCARE INSURANCE
                                   COMPANY
18
19
                                        **ORDER**
20
21        The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby
22 ORDERS that this action be, and hereby is, dismissed, with prejudice, each party to bear his or
23 its own attorneys' fees and costs.
24
25    Dated: January 3, 2011        _Lucy H. Koh_
26                                  LUCY H. KOH
                                    UNITED STATES DISTRICT JUDGE
27
28

---

Case No. 5:10-CV-03032-LHK - Page 2
Stipulation and Order Dismissing Action, FRCP Rule 41